UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN RAMOS-HOXIE,<br><br>Defendant. | Case No. 1:26-cr-00043-BLW-1<br><br>**REPORT AND RECOMMENDATION** |

On March 12, 2026, Defendant JUSTIN RAMOS-HOXIE appeared before the undersigned United States Magistrate Judge to enter a plea pursuant to a written plea agreement. (Dkt. 3). The Defendant executed a waiver of the right to have the presiding United States District Judge take his plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Information (Dkt. 2), the maximum penalties applicable, his Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

Having conducted the plea hearing and having inquired of the Defendant, defense counsel, and counsel for the government, the Court finds there is a factual basis for the Defendant's guilty plea, that it was entered voluntarily and with full knowledge of the

**REPORT AND RECOMMENDATION - 1**

consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

Further, having carefully considered the arguments of counsel and the evidence presented during the hearing as well as the entire record, the Court finds that clear and convincing evidence exists that the Defendant is not likely to flee or pose a danger to the safety of any other person or the community if released and, therefore, the Defendant shall remain released pending sentencing subject to the Conditions of Pretrial Supervision previously imposed pursuant to 18 U.S.C. § 3143(a)(1).

## RECOMMENDATION

### NOW THEREFORE IT IS HEREBY RECOMMENDED:

1)    The District Court accept Defendant JUSTIN RAMOS-HOXIE's plea of guilty to Count One of the Information (Dkt. 2).

2)    The District Court order forfeiture consistent with Defendant JUSTIN RAMOS-HOXIE's admission to the Criminal Forfeiture allegation in the Information (Dkt. 2) and the Plea Agreement (Dkt. 3).

3)    The District Court continue Defendant's release pending sentencing, subject to the standard and additional conditions of release previously imposed in the Order Setting Conditions of Release.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a

REPORT AND RECOMMENDATION - 2

result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: March 12, 2026

_____
DEBORA K. GRASHAM
U.S. MAGISTRATE JUDGE